PHILLIP A. TALBERT
Acting United States Attorney
CHRISTOPHER R. PILCH
Special Assistant U.S. Attorney
412 TW/JA
1 South Rosamond Blvd.
Edwards AFB, California 93524
Phone: (661) 277-4316 / Fax: (661) 277-2887

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Citation No. 4426435 |
| Plaintiff, | GOVERNMENT'S MOTION AND PROPOSED ORDER FOR DISMISSAL |
| v. | |
| ALBERT IM, | |
| Defendant | |

The United States of America, by and through Phillip A. Talbert, Acting United States Attorney, and Christopher R. Pilch, Special Assistant United States Attorney, hereby moves to dismiss Citation Number 4426435 against ALBERT IM without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure

Dated: December 7, 2016        Respectfully Submitted,
                                Phillip A. Talbert
                                Acting United States Attorney

                       By:     /s/ Christopher R. Pilch
                                Christopher R. Pilch
                                Special Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Citation Number 4426435 against ALBERT IM be dismissed without prejudice, in the interest of justice.

Dated:  December __8__, 2016

_Jennifer L. Thurston_
HON. JENNIFER L. THURSTON
United States Magistrate Judge